# Sixth District Court of Appeal
# State of Florida

———————————————

Case No. 6D2023-2127
Lower Tribunal No. 2018-CA-002626-0001-XX

———————————————

Wayne Sforza,

Appellant,

v.

Custom Homes by Kaye, Inc. d/b/a Kaye Lifestyle Homes,

Appellee.

———————————————

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

May 26, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and BROWNLEE, JJ., concur.


Erin Pogue Newell, of Open Book Appeals, Fort Lauderdale, for Appellant.

Anthony M. Lawhon, of Lawhon Goggin, LLP, Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED